5

United States District Court
for the
Eastern District District of Michigan

James Nelson Holloway
v.
United States

Stay of 18 U.S.C 4241 (d) commitment

Notice of Intent to Appeal

FILED
OCT 01 2025
CLERK'S OFFICE
DETROIT

Case No: ________

Orginating case 24-30456
appeal 25-1343

James Holloway appeal to the United States court of appeals for the 6th circuit from the order ________ of 18 U.S.C 4241 (a), (b) and or (d)(1) if such was done as of Intent to appeal when or if such erroneous order is ~~or~~ was made from erroneous competency hearing on 9/15/2025 of a erroneous order of 18 U.S.C from 10/28/2024 that no competency ~~hearing~~ examination ever took place and is deception in erroneous information in overt acts.

Signed: [signature] Date: 9/26/2025 Date order entered on ________ All statements are true.

(Clerk fill in dates of order as unknown and order/motion case information numbers.)

File this to the 6th circuit court clerk and serve all parties.

Copy such as indigent and accept such forma Pauperis Affidavit that is attached as is attached with Affidavit of Pauper Status. All $0 on every answer, no money. Attached with a Indigent print out sheet.

Hold this for 18 U.S.C 4241 (d) (1) as well and Stay of commitment. (if ordered) (~~File~~ as well for (a), (b).)

[signature] Date 4/26/4

# Intent to appeal Argument

United States Court of appeals of the 6th Circuit Pg. 1

A Erroneous detention hearing was called passed 72 hours and erroneously detained on aspects that couldn't of been and a erroneous order of 18 U.S.C 4241 was Allegedly made (as I have no court information) and I was never transfered and held in Solitary at Sanilac county Jail, MI and Genesee county Jail, MI and was refused outside contact, Addresses to Courts refused to be provided with Grievances filed upon such and was refused. No outside contact to motion from 10/28/24 - 1/22/2024 when finally given addresses from a trustee and stated the 5th and 1st of absolute right to Silence while motioning to the court of such erroneous order and was passed time to conduct such of a order for anyone of 18 USC 3161 (10 days for transport, 30 days, Inditement 60, Report in 5 days and hearing etc...)

And to not to badger me to participate as refused while motioning and not to Judge upon such... as was badgered and filed to sis upon such and retaliated upon. (Discribed in writings/writs to the eastern district court and 6th circuit of 25-1343 and U.S. Supreme court. Overt acts for such. (Attach 25-1343 statement to this and the petition for habeas corpus statement and all writings. As I have limited paper.) (writs of review filed to chief Judge, unresponsive district court...) · 28 USC 636 (B) (1) (A)

No empirical scientific evidence to order such 18 U.S.C. 4241 and lacks scientific elements that are in adherence with the processes of science that come to what the laws of nature are and goes against such. leges legum, Erroneous order.

No medical jurisdiction to conduct such exam as would be and is a medical malpractice upon a Notwithstanding Judges ruling/order. And legal precedents that prohibit the erroneous ordering of such 18 U.S.C 4241

Signed [illegible] Date Pg. 2

Not of a Courts "Sound" discretion in such erroneous ordering of such 18 U.S.C 4241 as of legal Precedents that Prohibit the erroneous ordering of such as of many that I should not need to write out the full cases as is of this courts duties to know such and exercise supervisory court powers and find the relief available; as of restore to competence, Dismiss case of 5th and 6th violations in such egrigeous deviation from the constitution and "Procedural norms". Overrule, etc... Remove such erroneous Psycology report. (See writings in 25-1343 and habeas corpus petition of 28 usc 2253)

Dusky v United States

United States v. Emery, No. 18-20240, 2019 U.S. Dist lexis 21627

United States v. Coleman, 871 F. 3d 470, 476-78

United States v Gooch 595 F. App+ 524, 527

United States v Miller, 531 F. 3d 340

United States v Hood 827 F. App+ 524, 529

United States v. wilson No. 16-20460, 2022 WL 3044634

United States burchfield, lexis 42321

United States v Davis, 93 F. 3d 1286, 1290

Etc...

---

False diagnosis and not in adherence with medical standards, not what Peroina is or what Skitzo-Types are... Deception in overt acts of a erroneous conviction of 2019-2021 The People v James Holloway

Pull the reports to inspector General via eltronic [illegible] [illegible] [illegible] ...

Writ of Mandamus of Judicial investigations in such interlocutory appeal to pull the court records of such erroneous conviction and refer to 25-1343 and reinstate such erroneous dismissal of 25-1343 as Pauper status was filed and Rule 45(d) for reconsideration within 14 days on 6/14, 6/15/2025 and 7/7/2025 of Good cause time extentions. Such 25-1343 is to defeat 18 USC 1343 and Mandate investigations and charges of civil and criminal to attorney General and the interference/failure to comply with "Alleged" civil rights complaint and sent to the eastern district court of michigan with retaliations of Judicial misconducts (cognitive) filed as well as (3) sex discrimination in overt acts of 16th circuits discrimination in the depriving of rights. (4) retaliations (5) interference/failure to comply (6) failure to report 28 USC. 332 (D) (1) Judicial council make necessary and appropriate orders for the effective and expeditious administration of Justice within it's circuit, etc... overt acts

Chap. 115 requires the clerk and all/any departments/branches to bring such reports directly to a magistrate and military court.

Pull the reports to the inspector general/DOJ/Attorney General from eltronic computer of Milan, Michigan Federal Facility Reg. No. 42991-511 Better in typed version as I have a broken hand.

25-1343 send to military courts and U.S Supreme Court with such reports to inspector General/Subpoena such reports for investigations. Mandate such as is commanded by nature itself; mandamus.

Joinder of Parties

I'm filing another civil litigation in the eastern district to subpoena such reports

James Holloway
NAME
42991-511
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
26 SEP 2025 PM 4 L

PURPLE HEART FOREVER US

Legal Mail

RECEIVED
OCT 03 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

Clerk of the Court of
Athoney P. Putti
Theodore levin U.S Court house
231 west lafayette boulevard 5th fl
Detroit, MI
48226

48226-277758

- No Postage R 791.660 Refused by facility.
- lack of paper pull from 25-1343 and habeas corpus petition 2241 (c)(1)(3) 6th circuit.
Excuse such hand writing as no ability to type (sent to 6th circuit 28 usc 2253) and have a broken hand.
- Full inspector general reports from milan detention center.
- Civil litigation being brought to subpoena reports.