# UNITED STATES EASTERN District court

for the

Eastern district District of Michigan

3

James Nelson Holloway II Plaintiff(s)

V.

United States Defendants(s)

Case No. ______

Originating case 24-30456, Appeal 25-1343

## Affidavit Accompanying motion for Permission to appeal in FORMA PAUPERIS

Affidavit in support of motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)

Signed: James Holloway Date: 9/26/2025

FILED
OCT 01 2025
CLERK'S OFFICE
DETROIT

Interlocutory appeal of 9/15/2025 erroneous competency hearing of erroneous order of 18 U.S.C. 4241 and appeal 18 U.S.C. 4241 (a) hearing of objection made of Rule 403 not relevent evidence, relevancy as of profiling in deception of medical fraud in overt acts. Not relevent to defendants current state of mind or of ability to stand trial; not in accordance with medical standards and false diagnosis of no exam ever conducted.

As well retaliation because of report, badgering of the 5th taken and 1st in absolute right to silence and erroneously judging upon such while motioning to the court in such ~~[illegible]~~ absolute right of silence in writs of review to chief judge, notice of intent to appeal to district court and prohibition of exam of erroneous order and motion to dismiss etc...

The Attorney provides no information on court matters and never contacts, no inditement information, no discovery, no motions or orders of Judge...

Send information of current status of case 24-30456 of if it is at 18 U.S.C (a) or (b) or (d)(1) as intent to appeal any and all of such erroneous orders, send orders/motions and update me of appeal directly at such current address Federal Correctional Institution P.O. Box 1000 MILAN, Michigan 48160.

I already motioned for a new attorney previous to hearing and was refused and sent to the federal public defenders office direct... prejudicing the defense and does misrepresentation and remains forced upon in such ineffective state and is depriving of my 6th as not of reasonable professional judgement for acts of ommision with serious errors and was not functioning as counsel guaranteed by the 6th and the deficient performance prejudice the defense. Breakdown in adversary process that renders the results unreliable.

And of courts duty of suspension or disbarment or disciplinary actions to take when informed as of appelate ~~[illegible]~~ Rule 46 (1)(B), (3), ~~[illegible]~~ or (c)

## Affidavit of Pauper Status

Income: 2025

Employment – $0

If employed – $0

Total monthly income – $0

$0, on all answers

No ability to pay FEE.

Assets – 2007 Hummer H3 (unknown location/status)
– 2016 wabash 53ft trailer (unknown location/status)
– Tools inside such trailer etc..

No money in bank accounts, everything $0

Total monthly expendr – $0 [illegible]

I swear under the penalty of perjury under the laws of the United States that these statements are true.

Signed: [signature] Date: ____

James Holloway
NAME
42991-511
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
26 SEP 2025 PM 4 L

PURPLE HEART FOREVER US

Legal Mail

Clerk of the Court of
Athoney P. Patti
Theodore levin U.S Courthouse
231 west lafayette boulevard 5th fl
Detroit, MI
48226

RECEIVED
OCT 01 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

RECEIVED
U.S. MARSHALS

48226-277758

- No Postage R 791.6603 Refused by facility.
- lack of paper pull from 25-1343 and habeas corpus petition 2241(c)(3) (6th circuit)
(sent to 6th circuit 28 usc 2253)
Excuse such hand writing as no ability to type we have a broken hand.
- Pull inspector general reports from milan detention center.
- Civil litigation being brought to subpoena reports.