3

POOR QUALITY ORIGINAL

United States District Court of Michigan
(Southern Division)
(Eastern District)

James Holloway
V
United States

Case NO.
originating case No. 2:24-Mj-30456
Appeal case no. 25-1887

FILED
JAN 07 2026
CLERK'S OFFICE
DETROIT

Intent to appeal,
Petition for interlocutory appeal upon 18 USCS 4241 (d)
Petitioner motions for leave to appear in FORMA Pauperis
Stay of Actions/commitment, no jurisdiction.
Signed [signature] Date 12/17/2025 Pg. 1

Proceed in Forma Pauperis upon case NO. 24-30456 of the appeal motioned for here upon order of 18 USCS 4241 (order/motion number).

As this court appointed attorney never contacts and has never given any court information to me, or The District court... I'm shooting blind... Appeal what ever order just had me shipped to Grady county, OK and then going to where ever?... 18 USCS 4241 (d) commitment order?...

Cases no 25-1887, and 25-1994, as well as 25-1343 are all upon 18 USCS 4241 (a) and or (b) to have never been able to take place as was a erroneous order, void of any false diagnosis and without ever conducting a exam as well... erroneous report from a fraud psycologist in overt acts. United States v Camren 933 remands jurisdiction to circuit court and is a stay of commitment →

That means me being sent, if I'm being sent to a medical facility is without jurisdiction to do so, As well as it was also stated right on open court record on 10/28/24 of such of prohibition is intent and was intent to appeal, as it was a erroneous order/notwithstanding such had no jurisdiction to ever attempt to evaluate and was and is prejudice in a oppresive pretrial incarceration way passed 18 USCS 3161 time frame/STA Act, 5th, 6th And loses subject matter jurisdiction in the not exercising the existing jurisdiction properly. Rule 12 (b)(1), As well Rule 12 (ii),(iii), (iv), (c), United States v Francis Arrest/First Appearance "trigger" of Speedy Trial, United States v Stiles list of what is prejudice in such of pretrial speedy trial violations. Approaching 1 year is presumptively prejudiced... further is worse. I am at over a year, 14 months and not a single in person court hearing, no pre-lim (there is no probable cause either, stated right in 10/28/24 erroneous detention), no inditement information given... no evidentary hearing, nothing. (1) oppresive pretrial incarceration on a 0-6 months guidelines charge that is false as well... No objective true threat Elonis v United States, Watts v United States Political Hyperbole, As well depriving of the 6th in such. (2) "Anxity" and concern for the accused, by being imprisoned with no trial... no shit... (3) Not able to prepare a defense properly... As shown what these facilities have done and are doing... As well as this corrupt fraud psycologist... That is prejudice and a level of illegal in depriving of rights and medical rights, you don't understand. As your doing such, extremely prejudiced my life, And damaged such in unrepairable ways you fucking retards. Some "Help". You don't know shit about rights dumb ass bird, Quack. How the fuck you going to "help" Anyone, Removal of license! A supreme court writ was just mailed. Stay of Actions, As is listed on the District Courts 1st Appeal right next to the case no. Stay of commitment. Hey look its Jesus/David Lego (Crazy Hattie) Guards call me here, prejudice.

James Holloway
ID. 100014785
Grady County Jail
215 North 3rd St.
Chickasha, OK
73018

OKLAHOMA CITY OK 730
2 JAN 2026 PM 5 L




Office of the Clerk
Eastern District Federal Court of Michigan (Southern div)
231 W lafayette Blvd.
Detroit, MI
48226

RECEIVED
JAN 07 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

THIS CORRESPODENCE IS FROM AN INMATE AT
AT GRADY COUNTY CRIMINAL JUSTICE AUTHORITY
GCCJA IS NOT RESPONSIBLE FOR CONTENT

(Reg. Num.) 42991-511

Legal Mail ...

48226$2700 C052